IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SUSAN KOBOLD,

       Plaintiff,

   v.

GOOD SAMARITAN REGIONAL
MEDICAL CENTER,

       Defendant.

Case No. 6:12-cv-02082-TC

O R D E R

AIKEN, Chief Judge:

    Magistrate Judge Coffin filed his Findings and Recommendation on February 21, 2013. Magistrate Judge Coffin recommends that defendant Good Samaritan Regional Medical Center's motion for summary judgment be granted and the case dismissed, finding that plaintiff Susan Kobold's state law wage claims, pursuant to Or. Rev. Stat. § 652.120 and Or. Rev. Stat. § 652.615, were preempted by § 301 of the Labor Management Relations Act. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P.

Page 1 - ORDER

72(b).

When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Machs., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Plaintiff and defendant separately filed timely objections. I have, therefore, given the record of this case a de novo review. I agree with Magistrate Judge Coffin's analysis and conclusions. As such, I ADOPT the Magistrate's Findings and Recommendation (doc. 19) in its entirety; defendant's motion for summary judgment (doc. 5) is GRANTED and this case is DISMISSED.

IT IS SO ORDERED.

Dated this 28th day of April 2013.

_____
Ann Aiken
United States District Judge